UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SANDRA NIEVES, :
: **ORDER**
Plaintiff, :
-against- : 20 Civ. 4915 (AKH)
:
ROCKMORE CONTRACTING CORP., et al., :
:
Defendants. :
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff initiated this action on June 26, 2020 and was referred to mediation on September 10, 2020.  On May 12, 2021 the mediator reported that mediation was held but was unsuccessful.  ECF No. 19.  Since then, there have been no filings.

       The parties, by joint letter submitted via ECF, shall advise the Court of the status of the case by April 20, 2022.

       SO ORDERED.

Dated:    April 13, 2022                     /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                             United States District Judge