UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
      :
SANDRA NIEVES,      :
      :   **ORDER**
           Plaintiff,      :
  -against-      :   20 Civ. 4915 (AKH)
      :
ROCKMORE CONTRACTING CORP., et al.,      :
      :
           Defendants.      :
      :
      :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a telephonic status conference on June 3, 2022, at 10 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than June 1, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:   May 19, 2022                     /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                          United States District Judge