UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SANDRA NIEVES,                                                :
                                                              :    **POST-CONFERENCE ORDER**
                             Plaintiff,                       :
         -against-                                            :    20 Civ. 4915 (AKH)
                                                              :
ROCKMORE CONTRACTING CORP., et al.,                           :
                                                              :
                             Defendants.                      :
                                                              :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 3, 2022 I held a status conference with the parties. At that conference, I set the following deadlines for discovery:

- June 17, 2022 — All parties to exchange all pertinent files, including any documents related to Plaintiff's therapist;

- June 27, 2022 — Defendant Rockmore to take deposition of Plaintiff;

- July 7, 2022 — Plaintiff to take deposition of Defendant McGuire;

- July 14, 2022 — Defendant Rockmore to take deposition of Plaintiff's therapist;

- August 19, 2022 at 10:00 a.m.— Status conference with the Court.

        After the July 14, 2022 deposition of Plaintiff's therapist, the parties may undertake any discovery they wish, so long as such discovery is concluded by August 18, 2022. Should any disputes arise that the parties cannot resolve among themselves, they may bring such matters to my attention pursuant to Rule 2E of my Individual Rules.

Finally, no later than August 17, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the August 19, 2022 status conference, along with their contact information.

SO ORDERED.

Dated:  June 3, 2022                             /s/ Alvin K. Hellerstein
        New York, New York                    ALVIN K. HELLERSTEIN
                                              United States District Judge