```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA NIEVES,

    Plaintiff,

  -against-

ROCKMORE CONTRACTING CORP., et al.,

    Defendants.

20-CV-4915 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties in this case having consented to the jurisdiction of the undersigned magistrate judge for all purposes, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all motions and applications must be made to the Hon. Barbara Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

The Court notes that discovery has concluded and that Judge Hellerstein held a conference with the parties to fix a trial date (*see* Dkts. 34, 35), but no trial date was scheduled. It is hereby **ORDERED** that a trial scheduling conference will be held on **December 22, 2022, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. No later than **December 15, 2022**, the parties shall file a joint letter updating the Court on the status of this matter, including any outstanding disputes.

Dated: New York, New York
       November 9, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**