```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA NIEVES,

        Plaintiff,

   -against-

ROCKMORE CONTRACTING CORP. and MICHAEL MCGUIRE,

        Defendants.

20-CV-4915 (BCM)

**SETTLEMENT REFERRAL ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties having requested a reference to a magistrate judge for settlement, they are directed to submit a joint letter by email to the chambers of the Honorable Stewart D. Aaron, at Aaron_NYSDChambers@nysd.uscourts.gov, offering three mutually available dates for a conference **in January 2023** under Judge Aaron's supervision.

Dated: New York, New York
       December 22, 2022

                       **SO ORDERED.**

                       _____
                       **BARBARA MOSES**
                       **United States Magistrate Judge**